**EXHIBIT A**

**PROPOSED ORDER**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: | Chapter 11 |
| GT ADVANCED TECHNOLOGIES INC., | Case No. 14-_____ (____) |
| Debtor. | |

| | |
|---|---|
| In re: | Chapter 11 |
| GTAT CORPORATION, | Case No. 14-_____ (____) |
| Debtor. | |

| | |
|---|---|
| In re: | Chapter 11 |
| GT ADVANCED EQUIPMENT HOLDING LLC, | Case No. 14-_____ (____) |
| Debtor. | |

| | |
|---|---|
| In re: | Chapter 11 |
| GT EQUIPMENT HOLDINGS, INC., | Case No. 14-_____ (____) |
| Debtor. | |

| | |
|---|---|
| In re: | Chapter 11 |
| LINDBERGH ACQUISITION CORP., | Case No. 14-_____ (____) |
| Debtor. | |

```
------------------------------------------------   x
                                                   :
In re:                                             :   Chapter 11
                                                   :
GT SAPPHIRE SYSTEMS HOLDING LLC,                   :   Case No. 14-_____ (____)
                                                   :
        Debtor.                                    :
                                                   :
                                                   :
------------------------------------------------   x
                                                   :
In re:                                             :   Chapter 11
                                                   :
GT ADVANCED CZ LLC,                                :   Case No. 14-_____ (____)
                                                   :
        Debtor.                                    :
                                                   :
                                                   :
------------------------------------------------   x
                                                   :
In re:                                             :   Chapter 11
                                                   :
GT SAPPHIRE SYSTEMS GROUP LLC,                     :   Case No. 14-_____ (____)
                                                   :
        Debtor.                                    :
                                                   :
                                                   :
------------------------------------------------   x
                                                   :
In re:                                             :   Chapter 11
                                                   :
GT ADVANCED TECHNOLOGIES LIMITED,                  :   Case No. 14-_____ (____)
                                                   :
        Debtor.                                    :
                                                   :
                                                   :
------------------------------------------------   x
```

**ORDER, PURSUANT TO BANKRUPTCY RULE 1015, DIRECTING JOINT
ADMINISTRATION OF RELATED CHAPTER 11 CASES**

Upon the motion (the "Motion")[1] of GT Advanced Technologies Inc. ("GT") and its affiliated debtors as debtors in possession (collectively, "GTAT" or the "Debtors") for entry of

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

2

an order, pursuant to Bankruptcy Rule 1015 and LBR 1015-1, directing the joint administration of the above-captioned chapter 11 cases for procedural purposes only, as more fully described in the Motion; and upon consideration of the First Day Declaration; and it appearing that the relief requested is in the best interests of GTAT's estates, their creditors, and other parties in interest; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. These chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 14-_____ (____).

3. The caption of the jointly administered chapter 11 cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

---------------------------------------------------------------x
                                                               :
*In re:*                                                       :
                                                               :
**GT ADVANCED TECHNOLOGIES INC.,**                             :
                                                               :
         **Debtors.**[1]                                       :
---------------------------------------------------------------x

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: GT Advanced Technologies Inc. (6749), GTAT Corporation (1760), GT Advanced Equipment Holding LLC (8329), GT Equipment Holdings, Inc. (0040), Lindbergh Acquisition Corp. (5073), GT Sapphire Systems Holding LLC (4417), GT Advanced Cz LLC (9815), GT Sapphire Systems Group LLC (5126), and GT Advanced Technologies Limited (1721). The Debtors' corporate headquarters are located at 243 Daniel Webster Highway, Merrimack, NH 03054.

3

4. A docket entry shall be made in each of the above-captioned cases substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of these chapter 11 cases of: GT Advanced Technologies Inc. (6749), GTAT Corporation (1760), GT Advanced Equipment Holding LLC (8329), GT Equipment Holdings, Inc. (0040), Lindbergh Acquisition Corp. (5073), GT Sapphire Systems Holding LLC (4417), GT Advanced Cz LLC (9815), GT Sapphire Systems Group LLC (5126), and GT Advanced Technologies Limited (1721). All further pleadings and other papers shall be filed in, and all further docket entries shall be made in **Case No. 14-\_\_\_\_\_ (\_\_)**.

5. One consolidated docket, one file, and one consolidated service list for these chapter 11 cases shall be maintained by GTAT and kept by the Clerk of the United States Bankruptcy Court for the District of New Hampshire.

6. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases.

7. The requirement set forth in LBR 7102(b)(2) that any motion filed shall have an accompanying memorandum of law is waived.

8. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

9. GTAT is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

10. GTAT shall be permitted to file their monthly operating reports required by the United States Trustee Operating Guidelines on a consolidated basis; *provided, however*, that disbursements will be listed on a debtor-by-debtor basis.

4

11. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Date: _____, 2014
      Manchester, NH                                _____
                                                        CHIEF UNITED STATES BANKRUPTCY JUDGE