## SCHEDULE 1 TO PETITION

**Pending Bankruptcy Cases in the District of New Hampshire
Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of New Hampshire (the "Court"). A motion has been filed with the Court requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered under the case number assigned to the chapter 11 case of GT Advanced Technologies Inc.

1. GT Advanced Technologies Inc.
2. GTAT Corporation
3. GT Advanced Equipment Holding LLC
4. GT Equipment Holdings, Inc.
5. Lindbergh Acquisition Corp.
6. GT Sapphire Systems Holding LLC
7. GT Advanced Cz LLC
8. GT Sapphire Systems Group LLC
9. GT Advanced Technologies Limited