UNITED STATES BANKRUPTCY COURT
DISCTRICT OF NEW HAMPSHIRE

-----------------------------------------------------------x
: 
*In re:*  : Chapter 11
: 
GT ADVANCED TECHNOLOGIES LIMITED,  : Case No. 14-_____ (____)
: 
: 
Debtor.  : 
: Joint Administration Requested
-----------------------------------------------------------x

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULE 1007(a)(1) OF FEDERAL RULES OF BANKRUPTCY PROCEDURES AND RULE 1074-1 OF THE LOCAL BANKRUPTCY RULES FOR THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW HAMPSHIRE**

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and Rule 1074-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of New Hampshire, the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the Debtor's equity interests:

| EQUITY HOLDER | APPROXIMATE PERCENTAGE OF EQUITY INTEREST HELD |
|---|---|
| GTAT Corporation | 100% |

**DECLARATION UNDER PENALTY OF PERJURY**

I, the undersigned authorized signatory of GT Advanced Technologies Limited, named as the debtor in this case, declare under penalty of perjury that I have reviewed the corporate ownership statement submitted herewith and that it is true and correct to the best of my information and belief.

Dated: October 6, 2014

Name: Hoil Kim
Title: General Counsel