# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101–1708

---

In re:  Bk. No. 14–11920–HJB
 Chapter 11
GT Advanced Technologies Limited
 Debtor

---

## DEFICIENCY NOTICE

To the debtor and the debtor's attorney, if any:

In order for this case to be administered, it is necessary that the item(s) listed below be filed by the due date listed.

Stmt. of Fin. Affairs 10/20/2014
Schedule A 10/20/2014
Schedule B 10/20/2014
Schedule D 10/20/2014
Schedule E 10/20/2014
Schedule F 10/20/2014
Schedule G 10/20/2014
Schedule H 10/20/2014
Declaration re DB Sched 10/20/2014
Ver. Stmt. re Matrix 10/20/2014
Aty Disclosure Stmt. 10/20/2014
Summary of Schedules 10/20/2014
Summary of Liabilities 10/20/2014
Eq. Sec. Hold. List 10/20/2014
Incomplete Filings Due 10/20/2014

If the debtor fails to file all documents required to be filed under 11 U.S.C. § 521(a)(1), as applicable, i.e., the list of creditors, Schedules A through J, the Statement of Financial Affairs, the Notice to Individual Consumer Debtor under § 342(b), and Form B22, or any of the other documents listed that are required by Local Bankruptcy Rule 1007–1 **by the deadline listed above**, a Clerk's Notice of Dismissal (Contingent) shall be issued.

Date: October 7, 2014  Bonnie L. McAlary, Clerk
 By: /s/ James Palmer
 Deputy Clerk

Form defntcbus–811