10/7/14 Granted; the lead case shall be 14-11916-HJB.

Henry Jack Boroff

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| GT SAPPHIRE SYSTEMS HOLDING LLC, | : | Case No. 14-11924 (HJB) |
| Debtor. | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| GT ADVANCED CZ LLC, | : | Case No. 14-11925 (HJB) |
| Debtor. | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| GT SAPPHIRE SYSTEMS GROUP LLC, | : | Case No. 14-11923 (HJB) |
| Debtor. | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| GT ADVANCED TECHNOLOGIES LIMITED, | : | Case No. 14-11920 (HJB) |
| Debtor. | : | |

**DEBTORS' EMERGENCY *EX PARTE* MOTION, PURSUANT TO BANKRUPTCY RULE 1015, FOR ENTRY OF ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES**



(9)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:<br><br>GT ADVANCED TECHNOLOGIES INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-11916 (HJB) |
| In re:<br><br>GTAT CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-11919 (HJB) |
| In re:<br><br>GT ADVANCED EQUIPMENT HOLDING LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-11929 (HJB) |
| In re:<br><br>GT EQUIPMENT HOLDINGS, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-11917 (HJB) |
| In re:<br><br>LINDBERGH ACQUISITION CORP.,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-11922 (HJB) |