## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:

|  |  |
|---|---|
|  | ) |
| GT Advanced Technologies Limited, et al | ) Case No. 14-11920-CJP |
|  | ) |
|  | ) |
| Reorganized Debtors[1] | ) Chapter 11 |
|  | ) Jointly Administered |

### NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, Holly J. Barcroft, Esquire, hereby

withdraws her appearance as counsel for GT Advanced Technologies Limited and withdraws her

request for copies of notices and other papers filed in the above-captioned case.

Respectfully submitted,

GT ADVANCED TECHNOLOGIES LIMITED

By and through its attorneys,

NIXON PEABODY LLP

Dated: March 7, 2018                    By: */s/ Holly J. Barcroft*
                                             Holly J. Barcroft
                                             BNH # 06912
                                             900 Elm Street
                                             Manchester, NH  03101
                                             (603) 628-4000
                                             hbarcroft@nixonpeabody.com

---

[1] The Reorganized Debtors, along with the last four digits of each debtor's tax identification number, as applicable, are:  GT Advanced Technologies Inc. (6749), GTAT Corporation (1760), GT Advanced Equipment Holding LLC (8329), GT Equipment Holdings, Inc. (0040), Lindbergh Acquisition Corp. (5073), GT Sapphire Systems Holding LLC (4417), GT Advanced Cz LLC (9815), GT Sapphire Systems Group LLC (5126), and GT Advanced Technologies Limited (1721).  The Debtors' corporate headquarters are located at 243 Daniel Webster Highway, Merrimack, NH 03054.

## CERTIFICATE OF SERVICE

I, Holly J. Barcroft, Esq., hereby certify that on this 7th day of March, 2018 I served a true and correct copy of the foregoing *Notice of Withdrawal of Appearance*, via this Court's ECF system which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

By:  */s/Holly J. Barcroft*
Holly J. Barcroft

4838-1073-8014.1